UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**STIPULATION AND [P<s>ROPOSED</s>] ORDER OF DISMISSAL** |

STIPULATION AND [P<s>ROPOSED</s>] ORDER OF DISMISSAL
Case No.3:17-cv-00939-WHA
sf-3864987

IT IS HEREBY STIPULATED, by the undersigned counsel for Plaintiff Waymo LLC and Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber"), that pursuant to a confidential settlement agreement, all claims in this action are dismissed with prejudice, all parties to bear their own attorney's fees and costs.

Dated: February 8, 2018  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Charles K. Verhoeven*
      CHARLES K. VERHOEVEN

      Attorneys for Plaintiff
      WAYMO LLC

Dated: February 8, 2018  MORRISON & FOERSTER LLP

By: /s/ *Michael A. Jacobs*
      MICHAEL A. JACOBS

      Attorneys for Defendants
      UBER TECHNOLOGIES, INC.
      and OTTOMOTTO LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __February 9__, 2018    _____
                                The Honorable William Alsup

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. 3:17-cv-00939-WHA
sf-3864987

04140-00011/9851363.1